IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALKA RICHTER,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC and SYNCHRONY BANK (formerly GE CAPITAL RETAIL BANK),<br><br>    Defendants. | Civil Action No.: 3:15-cv-00196 (FLW-DEA)<br><br>**NOTICE OF SETTLEMENT** |

  NOTICE IS HEREBY GIVEN that Plaintiff Malka Richter ("Plaintiff"), Defendant Synchrony Bank, formerly known as GE Capital Retail Bank, and Defendant Advanced Call Center Technologies, LLC ("Defendants", and collectively with Plaintiff, the "Parties"), have reached a settlement. A stipulation of dismissal of all Parties will be filed upon execution of a final confidential settlement agreement between the Parties.

Dated:  March 2, 2015         **EDWARD B. GELLER, ESQ., P.C.**

                  *s/ Edward B. Gellar*
                  Edward B. Gellar

                  15 Landing Way
                  Bronx, NY 10464
                  Tel. (919) 473-6783
                  epbh@aol.com

                  *Attorney for Plaintiff Malka Richter*

- 2 -

**REED SMITH LLP**

s/ Elizabeth J. Kim
Elizabeth J. Kim (001222004)

136 Main Street, Suite 250
Princeton, NJ  08540
Tel. (609) 514-5951
Fax (609) 951-0824
ejkim@reedsmith.com

*Attorney for Defendant Synchrony Bank f/k/a GE Capital Retail Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, the foregoing was filed electronically. Parties may access this filing through the Court's CM/ECF system. Notice of this filing also will be sent to the following counsel of record by operation of the Court's electronic filing system:

By: /s/ *Edward B. Geller*
Edward B. Geller

15 Landing Way
Bronx, NY 10464
Tel. (919) 473-6783
epbh@aol.com

*Attorney for Plaintiff Malka Richter*